IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 06-2021 |
| ) | |
| vs. ) | |
| ) | |
| RANDY LEE MARSH, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 7, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the defendant's guilty plea entered on June 26, 2006, in which defendant consented to the forfeiture of any interest he had or has in the firearm and ammunition alleged to be subject to forfeiture in the May 4, 2006, Indictment;

AND WHEREAS, on August 16, 2006, August 23, 2006, and August 30, 2006, the United States published notice of the forfeiture in the *Waterloo-Cedar Falls Courier*, a newspaper of general circulation in the area the firearm and ammunition were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm and ammunition included in the Preliminary Order of Forfeiture entered on July 7, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Randy Marsh, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    (a) a loaded Marlin .22 caliber rifle, serial number 03196474, and
    (b) fourteen rounds of ammunition

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 10 day of Oct, 2006.

_____
Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa